1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-6488
FAX: (415) 436-7234

8 | Abraham.fine@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-MJ-70967 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| KENNETH SPARKS, | |
| Defendant. | |

1 | This case is currently set for hearing on August 28, 2020. Defendant and the government are
2 | requesting a continuance of the matter to 10:30 a.m. on October 19, 2020. The parties are currently
3 | negotiating a protective order, and this additional time will provide the parties with needed time to
4 | review discovery and discuss resolution of the case. The parties agree to waive time for both the
5 | preliminary examination and under the Speedy Trial Act. The government has no objection to this
6 | proposed continuance. Therefore, the parties respectfully request that the hearing currently scheduled on
7 | August 28, 2020 be vacated and the case be continued until October 19, 2020, at 10:30 a.m.

10 | DATED: August 27, 2020                     Respectfully submitted,

11 |                                             DAVID L. ANDERSON
12 |                                             United States Attorney

14 |                                             __/s/_____
                                                ABRAHAM FINE
                                                Assistant United States Attorney

16 | DATED: August2 27, 2020                    /s/_____
                                                CANDIS MITCHELL
17 |                                             Counsel for Defendant KENNETH
                                                SPARKS

**[PROPOSED] ORDER**

For the reasons stated above, the Court CONTINUES this case to October 19, 2020 at 10:30 a.m. for arraignment/preliminary hearing.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time for preliminary hearing and under the Speedy Trial Act from August 27, 2020 to October 19, 2020. The Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  8/27/2020

HON. THOMAS S. HIXSON
United States Magistrate Judge